202603206 Deed Book 16536 Page 3501
**Filed and Recorded: 4/15/2026 11:20:00 AM**
**Real Estate Transfer Tax: $226.80**
**Connie Taylor**
**Clerk of Superior Court**
**Cobb County, Georgia**

Commitment Number: 260020528
Seller's Loan Number: 59080556

After Recording Return To:
SHRESTHA SUK BAHADUR
2485 Copper Mill Trail
Cumming, GA 30041

This document prepared by:
Richard M. Jones, Jr., Esq.
8940 Main Street
Clarence, NY 14031
866-333-3081

Parcel ID No.: 19065700830

# SPECIAL WARRANTY DEED

STATE OF GEORGIA
COUNTY OF COBB

THIS DEED made and entered into on this 24 day of March 26 by and between **LAKEVIEW LOAN SERVICING, LLC,** whose mailing address is 4425 Ponce De Leon Blvd MS5-251, Coral Gables, FL 33146, hereinafter referred to as Grantor(s) and **SHRESTHA SUK BAHADUR,** whose tax mailing address is 2485 Copper Mill Trail, Cumming, GA 30041, hereinafter referred to as Grantee(s).

WITNESSETH: That the said Grantor, for and in consideration of the sum of Two Hundred Twenty Six Thousand Eight Hundred Dollars and Zero Cents ($226,800.00), cash in hand paid, the receipt of which is hereby acknowledged, have this day given, granted, bargained, sold, conveyed and confirmed and do by these presents give, grant, bargain, sell, convey and confirm unto the said Grantee the following described real estate located in Cobb County, State of Georgia:

**ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 657, 19TH DISTRICT, 2ND SECTION OF COBB COUNTY, GEORGIA, BEING LOT 64, MELROSE SQUARE AS PER PLAT RECORDED IN PLAT BOOK 137, PAGE 63 AND AS LAST REVISED IN PLAT BOOK 144, PAGE 47, COBB COUNTY RECORDS, WHICH PLATS ARE HEREBY REFERRED TO AN MADE A PART OF THIS DESCRIPTION.**

Property commonly known as: 5035 MICKLETON WAY, Powder Spgs, GA 30127

Prior instrument reference: Deed Book 16337 Page 2985, Recorded: 01/26/2026

This conveyance is subject to easements, covenants, conditions, restrictions, reservations, and limitations of record, if any.

TO HAVE AND TO HOLD the lot or parcel above described together with all and singular the rights, privileges, tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining unto the said Grantee(s) and unto the heirs, administrators, successors or assigns of the Grantee(s) forever in fee simple.

And the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby specially warrants that title to the land is free from all encumbrances made by Grantor, and will defend the same against the lawful claims of all persons claiming **by, through or** under Grantor, but against none other.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set for the below.

**Lakeview Loan Servicing, LLC**

Yvette Tuggle

**By: LoanCare, LLC as Attorney in Fact under a Limited Power of Attorney for Lakeview Loan Servicing, LLC**

**Title: Assistant Secretary**

Signed, sealed and delivered this 3-24-26, in the presence of:

Unofficial Witness
Name: SHANNON LEWIS

State of Virginia
City ~~County~~ of Virginia Beach

On March 24, 2026, before me ALAZEA BURNHAM, a notary public, personally appeared Yvette Tuggle its Assistant Secretary of **LoanCare, LLC as Attorney in Fact under a Limited Power of Attorney for Lakeview Loan Servicing, LLC** known to me, or proved to me on the basis of satisfactory evidence, to be the Grantor(s) in the foregoing deed, and acknowledged by the signing thereof to be their free and voluntary act and deed.

Signed, sealed and delivered in the presence of:

Notary Public
My Commission Expires: 10/31/30
[Attach Notary Seal]

ALAZEA BURNHAM
Notary Public
Commonwealth of Virginia
Registration No. 00392104
My Commission Expires Oct. 31, 2030

eFiled & eRecorded
DATE: 3/22/2023
TIME: 2:37 PM
DEED BOOK: 02259
PAGE: 00403

Document prepared by: Lakeview Loan Servicing, LLC
4425 Ponce de Leon Blvd , MS 5-251
Coral Gables, Florida 33146

Return document to:
LoanCare, LLC
3637 Sentara Way
Virginia Beach, Virginia 23452

EXHIBIT "A"

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**Limited Power of Attorney**

Lakeview Loan Servicing, LLC, a Delaware limited liability company with offices located at 4425 Ponce de Leon Blvd., MS 5-251, Coral Gables, Florida 33146 ("Lakeview" or "Servicer") by these presents does hereby make, constitute and appoint LoanCare, LLC, a Virginia limited liability company with offices located at 3637 Sentara Way, Virginia Beach, VA 23452 ("Subservicer"), as its true and lawful attorney-in-fact, and hereby grants it authority and power to take, through its duly authorized officers and designated agents, acting in the name, place and stead of Lakeview for the purposes set forth below. This Limited Power of Attorney is given in connection with, and relates solely to that certain Subservicing Agreement by and between Lakeview and Subservicer dated as of the June 1, 2015 as the same may be restated and amended and relating to the subservicing of certain mortgage loans (the "Agreement") the servicing rights to which were acquired by Lakeview (such loans, the "Loans"). Each of the Loans comprises a promissory note evidencing a right to payment and performance secured by a security interest or other lien on real property evidenced by one or more mortgages, deeds of trust, deeds to secure debt and other forms of security instruments (each, a "Mortgage"). The parties agree that this Limited Power of Attorney is coupled with an interest,

Now, Therefore, Lakeview does hereby constitute and appoint Subservicer the true and lawful attorney-in-fact of Lakeview and in Lakeview's name, place and stead with respect to each Loan, whether such Loan is current and performing or such Loan is in a loss mitigation or other workout status, in foreclosure and/or bankruptcy or is classified as real estate owned ("REO") and such Loan is sub-serviced by Subservicer on behalf of Lakeview pursuant to the Agreement for the following, and only the following purposes:

1. To execute, acknowledge, seal and deliver Mortgage note endorsements, assignments of Mortgages and other recorded documents, satisfactions, releases, re-conveyances of Mortgage, tax and insurance authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, including deeds-in-lieu of foreclosure or short sale agreements, with all ordinary or necessary endorsements, acknowledgements, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing.

2. To (i) prepare, execute and deliver, on behalf of Lakeview, any and all documents or instruments necessary to maintain the lien on each mortgaged property and related collateral; refinances, loan modifications, waivers, consents, amendments, discounted payoff agreements, forbearance agreements, repayment plans, deeds-in-lieu of foreclosure, consents to or with respect to any documents contained in the related servicing file; and any and all instruments of satisfaction or cancellation, or of partial or full release or discharge, and all other instruments comparable to any of the types of instruments described in this clause (i), and (ii) institute and prosecute judicial and non-judicial foreclosures, suits on promissory notes, indemnities, guaranties or other documents, actions for equitable and/or extraordinary relief (including, without limitation, actions for temporary restraining orders, injunctions, and appointment of receivers), suits for waste, fraud and any and all

eFiled & eRecorded
DATE: 3/22/2023
TIME: 2:37 PM
DEED BOOK: 02259
PAGE: 00404

other tort, contractual and/or other claims of whatever nature, and to appear in and file on behalf of Lakeview such pleadings or documents as may be necessary or advisable in any bankruptcy actions (including, without limitation, (a) voting for a trustee of the estate of the debtor, (b) voting for a committee of creditors and (c) attending the meeting of creditors of the debtor or any adjournment thereof, and voting on behalf of Lender/Servicer on any question that may be lawfully submitted before creditors in such a meeting), state or federal suit or any other action related to a Loan.

3. To transact business of any kind regarding the Loans, including the collection of borrower or account information, perform an escrow analysis, obtain required approvals from mortgage insurers and investors, obtain property valuations, order property inspections, initiate and maintain property preservation activity, and obtain an interest therein and/or improvements thereon, as Lakeview's act and deed, to contract for, purchase, receive and take possession and evidence of title in and to the property and/or to secure payment of a promissory note or performance of any obligation or agreement.

4. To execute and deliver any and all required affidavits, documents or instruments required to be prepared, executed and filed or recorded regarding a Loan, including, but not limited to: notices of appearance, affidavits of debt, quitclaim deeds, verification or certification of debt or amounts owed, substitutions of trustee, substitutions of counsel, declaration of military status affidavits, affidavits of judgment, affidavits regarding lost promissory notes, trustee's deeds upon sale on behalf of Lender/Servicer, warranty deeds, including special warranty deeds, ballots accepting or rejecting bankruptcy plan, notices of rescission, foreclosure deeds, transfer tax affidavit, affidavits of merit, verification of complaint, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays and other documents or notice filings on behalf of Lakeview in connections with foreclosure, bankruptcy and eviction actions, proofs of claim, confirmations and reaffirmations.

5. To execute and deliver any and all documents or perform any and all acts in connection with any disputes or inquiries relating to the Loans, including, but without limitation, tax, hazard insurance, mortgage insurance or guarantee and homeowner association matters without Subservicer being required to provide additional or further authorization to so act on behalf of Lakeview.

Lakeview further grants to Subservicer, the limited power of endorsing checks made payable to Lender/Servicer that are received by Subservicer as agent for payment on any such Loan.

Lakeview further grants to Subservicer, its attorney-in-fact, full authority to act in any manner both proper and necessary to exercise the forgoing powers and as may be necessary to fulfill Subservicer's servicing obligations to Lender/Servicer with respect to such Loans, and ratifies every act that Subservicer may lawfully perform in exercising those powers by virtue hereof.

Lakeview further grants to Subservicer the limited power of substitution and revocation of another party for the purpose and only for the purpose of endorsing or assigning notes or Mortgages in Lakeview's name, and hereby ratifies and confirms all that the attorney-in-fact, or its substitute or substitutes, shall lawfully do or cause to be done by authority of this Limited Power of Attorney and the rights and powers granted hereby.

Lender/Servicer hereby ratifies and adopts any action by Subservicer taken prior to the execution of this limited power of attorney that is consistent with the powers granted herein. Subservicer shall indemnify, defend and hold harmless Lakeview and its successors and assigns from and against any and all losses, costs, expenses (including, without limitation, actual attorneys' fees), damages, liabilities, demands or

Connie Taylor
Clerk of Superior Court
Cobb County, Georgia

eFiled & eRecorded
DATE: 3/22/2023
TIME: 2:37 PM
DEED BOOK: 02259
PAGE: 00405

claims of any kind whatsoever, ("Claims") arising out of, related to, or in connection with (i) any act taken by Subservicer (or its substitute or substitutes) pursuant to this Limited Power of Attorney, which act results in a Claim solely by virtue of the unlawful use of this Limited Power of Attorney (and not as a result of a Claim related to the underlying instrument with respect to which this Limited Power of Attorney has been used), or (ii) any use or misuse of this Limited Power of Attorney in any manner or by any person not expressly authorized hereby.

IN WITNESS WHEREOF, Lakeview Loan Servicing, LLC has executed this Limited Power of Attorney on the 26th day of June, 2015.

Lakeview Loan Servicing, LLC

By: [signature]
Name: Julio Aldecocea
Title: Sr. Vice President

[signature] [WITNESS] 06/24/15 [DATE]
Christina Diaz [Print Name]
[signature] [WITNESS] 6/26/15 [DATE]
Jeffrey Fisher [Print Name]

STATE OF FLORIDA )
) SS
COUNTY OF MIAMI-DADE )

On JUNE 26, 2015, before me, Joanna Parker, a notary public within the State of Florida, personally appeared Julio Aldecocea, Sr. Vice President of Lakeview Loan Servicing, LLC whose address is 4425 Ponce de Leon Blvd, MS 5-251, Coral Gables, Florida 33146, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal

By: Joanna Parker
Notary Public
My commission expires: APRIL 5, 2017

JOANNA PARKER
Notary Public - State of Florida
My Comm. Expires Apr 5, 2017
Commission # EE 869581
Bonded Through National Notary Assn.