UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

YOLANDA YVETTE:ORTIZ,

Plaintiff,

v.

LOANCARE LLC, et al.,

Defendants.

CIVIL ACTION NO.
1:26-CV-00786-JPB-AWH

# ORDER

On October 20, 2026, the Court ordered Plaintiff to amend her complaint within twenty-one days [Doc. 23]. Plaintiff was cautioned that failure to timely comply with the Order could result in dismissal of the case. Id. To date, Plaintiff has not responded to the Order or moved for additional time to do so.

Local Rule 41.3(A)(2) authorizes the Court to dismiss a case for want of prosecution for failure to obey a lawful order of the Court. Because Plaintiff did not comply with the Court's October 20, 2026, Order, this action is **DISMISSED** without prejudice pursuant to Local Rule 41.3(A)(2).

**SO ORDERED** this 17th day of November, 2026.

**J. P. BOULEE**
United States District Judge